UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN SWARTZ, Individually, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> MARRIOTT HOTEL SERVICES, INC., : <br> a Delaware Corporation, : <br> : <br> Defendant. : <br> _____/ | Case No.:   2:22-cv-02897-MMB |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within thirty (30) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Dated:  September 23, 2022

Respectfully submitted,

*/s/  John P. Fuller*
John P. Fuller, *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 – Facsimile
jpf@fullerfuller.com

David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:   215.658.0747
ddessen@dms-lawyer.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of September, 2022, the foregoing was filed via CM/ECF, which will automatically generate notice to counsel of record.

>*/s/  John P. Fuller*
>John P. Fuller, *pro hac vice*
>FULLER, FULLER & ASSOCIATES, P.A.
>12000 Biscayne Blvd., Suite 502
>North Miami, FL 33181
>(305) 891-5199
>(305) 893-9505 – Facsimile
>jpf@fullerfuller.com
>
>*Attorneys for Plaintiff*